JPMC

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07 NOV 20 PM 12: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Guadencio CAYETANO-Camacho,**<br><br>Defendant | Magistrate Docket No. '07 MJ 2714<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **November 18, 2007** within the Southern District of California, defendant, **Guadencio CAYETANO-Camacho,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **NOVEMBER, 2007**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Guadencio CAYETANO-Camacho**

## PROBABLE CAUSE STATEMENT

On November 18, 2007 Border Patrol Agent Eric Cortez was assigned to Border Patrol Operations in the vicinity of Marron Valley in Dulzura, California. This area is located approximately 7 miles west of the port of entry at Tecate, California and approximately 2 miles north of the International Border with Mexico.

At approximately 9:17 P.M. Agent Cortez observed four individuals walking north through Marron Valley near the Bee/Cottonwood Canyon split. Agent Cortez approached the individuals and identified himself as a Border Patrol Agent and performed an immigration inspection. Each person, including one later identified as the defendant **Guadencio CAYETANO-Camacho**, admitted to being citizens of Mexico illegally present in the United States. All were placed under arrest and transported to Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 13, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.