FILED
2007 DEC -4 PM 12:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '07 CR 3267 JLS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUADENCIO CAYETANO-CAMACHO,<br>Defendant. | ) | Criminal Case No. ____________<br><br>INDICTMENT<br><br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about November 18, 2007, within the Southern District of California, defendant GUADENCIO CAYETANO-CAMACHO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

JJO:nlv:San Diego
12/3/07

It is further alleged that defendant GUADENCIO CAYETANO-CAMACHO was removed from the United States subsequent to March 28, 2007.

DATED: December 4, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: JOSEPH J.M. ORABONA
Assistant U.S. Attorney