**HANNI M. FAKHOURY**
California Bar No. 252629
**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Hanni_Fakhoury@fd.org
Candis_Mitchell@fd.org

Attorneys for Mr. Cayetano-Camacho

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**GUADENCIO CAYETANO-CAMACHO,**<br><br>Defendant. | CASE NO.: 07CR3267-JLS<br><br>DATE: February 15, 2008<br>TIME: 1:30 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br>1. DISMISS THE INDICTMENT BECAUSE IT RELIES ON AN INVALID DEPORTATION<br>2. DISMISS THE INDICTMENT FOR FAILURE TO ALLEGE A SPECIFIC, POST-CONVICTION DATE OF REMOVAL<br>3. SUPPRESS STATEMENTS AND CONDUCT A VOLUNTARINESS HEARING<br>4. CONDUCT A DAUBERT HEARING WITH RESPECT TO FINGERPRINT EVIDENCE;<br>5. CONDUCT A DAUBERT HEARING WITH RESPECT TO A-FILE TESTIMONY; AND<br>6. GRANT LEAVE TO FILE FURTHER MOTIONS |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND STEVEN D. DeSALVO, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on February 15, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, defendant, GUADENCIO CAYETANO-CAMACHO, by and through his attorneys, Hanni

//

M. Fakhoury and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

Defendant, Guadencio Cayetano-Camacho, by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Dismiss the Indictment Because It Relies On an Invalid Deportation;

(2) Dismiss the Indictment For Failure to Allege A Specific, Post-Conviction Date of Removal;

(3) Suppress Statements and Conduct A Voluntariness Hearing;

(4) Conduct a Daubert Hearing With Respect to Fingerprint Evidence;

(5) Conduct a Daubert Hearing With Respect to A-File Testimony; and

(6) Grant Leave to File Further Motions

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: February 1, 2008

*s/ Hanni M. Fakhoury*
**HANNI M. FAKHOURY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cayetano-Camacho

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Steven D. Desalvo,
Assistant United States Attorney
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-3445
Email: Steven.Desalvo@usdoj.gov

Dated: February 1, 2008

/s/ Hanni Fakhoury
HANNI FAKHOURY
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Hanni_Fakhoury@fd.org