# INDEX TO EXHIBITS

EXHIBIT A - Warrant of Removal

EXHIBIT B - Warning to Alien Removed

# EXHIBIT A

U.S. Department of Homeland Security
Immigration and Customs Enforcement

# Warrant of Removal/Deportation

File No: A28 537 479

Date: July 12, 2007

To any officer of the United States Immigration and Customs Enforcement:

CAYETANO-CAMACHO, GUADENCIO
(Full name of alien)

who entered the United States at SAN YSIDRO, CALIFORNIA (Place of entry) On MARCH 22, 1988 (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- [x] an Immigration Judge in exclusion, deportation, or removal proceedings
- [ ] a district director or a district director's designated official
- [ ] the Board of Immigration Appeals
- [ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
212(a)(6)(A)(i)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of the Immigration and Customs Enforcement.

Return Executed W/D (I-205)
To Mira Loma Facility
Lancaster, CA 93536 D.O.

(Signature of ICE official)
James T. Hayes, Jr., Field Office Director
(Title of ICE official)
July 12, 2007 MLC, Los Angeles, California
(Date and office location)

**To be completed by Service Officer executing the warrant:**

Name of alien being removed: CAYETANO-CAMACHO, GUADENCIO

Port, date, and manner of removal: SYB, 7/13/07, afoot



Photograph of alien removed



Right Index Fingerprint

X [signature]

Signature of alien whose finger print and photograph appear above

[signature]

Signature of official taking fingerprint

Departure witnessed by: [signature] 7/13/07

Signature and title of ICE official

If actual departure is not witnessed, fully identify source or means of verification of departure:

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here ☐

Departure Verified by: ______________________

Signature and title of ICE official

**Please return the executed Warrant of Removal/Deportation to:**

Mira Loma Detention Center
45100 North 60th Street West
Lancaster, CA 93536

Attn: DO __________

# EXHIBIT B

U.S. Department of Homeland Security
Immigration and Customs Enforcement

# Warning to Alien Ordered Removed or Deported

File No: A28 537 479

Date: July 12, 2007

Alien's full name: CAYETANO-CAMACHO, GUADENCIO

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☑ For a period of 10 years from the date of your departure from the United States because you have been found:

- ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
- ☑ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
- ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
- ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

- ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
- ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
- ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
- ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
- ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

**WARNING: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States during the period in which he or she is barred from so doing without the Attorney General's consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.**

(Signature of officer serving warning) | , Deportation Officer (Title of officer) | MLC, Lancaster, California (Location of ICE office)

X