U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Field | Entry |
|---|---|
| Family Name (CAPS) / First / Middle | CAYETANO-Camacho, Guadencio |
| Sex | M |
| Hair | BLK |
| Eyes | BLK |
| Cmplxn | MED |
| Country of Citizenship | MEXICO |
| Passport Number and Country of Issue | |
| File Number | Case No[redacted] A028 [redacted] |
| Height | 62 |
| Weight | 140 |
| Occupation | LABORER |
| U.S. Address | IN DHS CUSTODY |
| Scars and Marks | See Narrative |
| Date, Place, Time, and Manner of Last Entry | 11/18/2007, 0900, 7 mile(s) W of TEC, PWA(AFOOT) |
| Passenger Boarded at | |
| F.B.I. Number | [redacted] |
| Marital status | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | DOMOCILLIO CONOCIDO SAN MIGUEL, MEXICO MEXICO |
| Method of Location/Apprehension | PB 518.3 |
| Date of Birth | 01/22/1968 Age: 39 |
| Date of Action | 11/19/2007 |
| Location Code | SDC/BRF |
| At/Near | Dulzura, California |
| Date/Hour | 11/18/2007 2117 |
| City, Province (State) and Country of Birth | SAN MIGUEL,MEXICO, MEXICO |
| AR | ☒ |
| Form: (Type and No.) | Lifted ☐ Not Lifted ☐ |
| By | ERICK CORTEZ |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | PWA Mexico |
| Status When Found | TRAVEL/SEEKING |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | AT ENTRY |
| Immigration Record | POSITIVE - See Narrative |
| Criminal Record | See narrative |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | NONE |
| Father's Name, Nationality, and Address, if Known | Nationality: MEXICO CAYETANO-PEREZ, Mario DOMICILIO CONOCIDO SAN MIGUEL, MORELOS MEXICO |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | CAMACHO-SANTOS, Santos DOMICILIO CONOCIDO SAN MIGUEL, MORELOS MEXICO |
| Monies Due/Property in U.S. Not in Immediate Possession | |
| Fingerprinted? | Yes ☒ No ☐ |
| INS Systems Checks | See Narrative |
| Charge Code Word(s) | I6A |
| Name and Address of (Last)/(Current) U.S. Employer | |
| Type of Employment | |
| Salary | Hr. |
| Employed from/to | / / / / |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)



FIN #: [redacted]

SCARS, MARKS AND TATTOOS
SCAR FOREHEAD

MOTHER'S NATIONALITY
MEXICO

FUNDS IN POSSESSION
.00 Mexican Peso

C.C.
CCG

INS SYSTEMS CHECKS
Central Index System Positive
Deportable Alien Control System Positive
Integrated Automated Fingerprint Identification System Positive
National Crime Information Center Positive
Treasury Enforcement Communications System Positive

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by ORTIZ

On November 18, 2007, Border Patrol Agent Erick Cortez was assigned to Border Patrol operations in the vicinity of Marron Valley in Dulzura, California. This area is very

Alien has been advised of communication privileges. [signature] (Date/Initials)

IVETT ORTIZ
BORDER PATROL AGENT
(Signature and Title of INS Official)

Distribution:
To File
To Station
To Sector

PROSECUTION AUTHORIZED
8 USC 1326 NOV 2 0 2007
PR# [redacted]

Received: (Subject and Documents) (Report of Interview)
Officer: IVETT ORTIZ
on: November 19, 2007 at 0013 (time)
Disposition: REINSTATEMENT OF DEPORT ORDER I-871
Examining Officer: ZACH FREEMYER

)epartment of Justice
gration and Naturalization Ser\ .e

Continua.ion ,ge for Form I-213

| .n's Name | File Number Case No: [redacted] | Date |
|---|---|---|
| ,ETANO-Camacho, Guadencio | A028 537 479 | 11/19/2007 |

desolate and is located approximately 7 miles west of the Port of Entry in Tecate, California, and approximately 2 miles north of the International Border between Mexico and the United States.

At approximately 9:17 p.m., Agent Cortez observed four individuals walking north through Marron Valley approximately 1 mile south of the Bee/ Cottonwood Canyon Split. Agent Cortez approached the individuals and identified himself as a United States Border Patrol Agent both in the Spanish and English languages. Upon questioning, each individual, including one later identified as Guadencio CAYETANO-Camacho, freely admitted to being citizens and nationals of Mexico. Each individual also stated that they did not possess any documents allowing them to enter or to remain in the United States legally. The subjects were arrested and transported to the Brown Field Border Patrol Station for processing.

CAYETANO and the other subjects arrived at the Brown Field Station at approximately 12:00 am on November 19, 2007, and all four subjects were routinely processed. Record checks were conducted on CAYETANO through IAFIS, CIS, DACS, and NCIC. Record checks revealed the following for CAYETANO:

CRIMINAL HISTORY:
FBI# [redacted]
SID# [redacted]

IMMIGRATION HISTORY:

A#: 028 537 479

On November 19, 2007, at approximately 2:50 am, Senior Patrol Agent Antonio Hurtado began the process of conducting a videotaped sworn statement on CAYETANO. Agent Hurtado advised CAYETANO that he is being criminally charged and that his administrative rights from earlier no longer apply. Agent Hurtado advised CAYETANO of his right to speak with a consulate official from Mexico. CAYETANO stated that he did want to speak with a consulate official, and Agent Hurtado advised CAYETANO that he would be given an opportunity to speak with the consulate during regular business hours.

Agent Hurtado then advised CAYETANO of his Miranda rights as per the Agency form I-214 at approximately 2:54 am. CAYETANO stated that he was unwilling to answer any questions without an attorney present. Agent Hurtado then ended the interview. This entire process was witnessed by Border Patrol Agent Ivett Ortiz.

At approximately 10:30am CAYETANO contacted the consulate office via telephone. Senior Patrol Agent Jose Damian witnessed the event.

CAYETANO was served service Forms I-205, I-294, I-871 and I-215b.

| ;ignature | Title |
|---|---|
| VETT ORTIZ | BORDER PATROL AGENT |



Form I-831 Continuation Page (Rev. 6/12/92)

**,. Department of Justice**
migration and Naturalization Se. ce

**Continuation ge for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| CAYETANO-Camacho, Guadencio | Case No: [redacted] A028 537 479 | 11/19/2007 |

CAYETANO is being held in DHS custody pending prosecution for violation of 8 USC 1326.

**Addendum:**

I, Border Patrol Agent Erick Cortez, have read and concur with the foregoing statements in the I-213 narrative concerning the encounter and arrest of CAYETANO-Camacho, Guadencio. In addition, I have placed my initials next to the picture of CAYETANO-Camacho on the I-213. My initials indicate that this photograph depicts the individual that I encountered and arrested on November 18, 2007.

On November 18, 2007, I was assigned to linewatch operations in the State Route 94 Border Patrol Checkpoint's area of responsibility. At approximately 9:17 p.m., I responded to a sensor activation in the area of Bee Canyon. This area is approximately seven miles west of the Port of Entry at Tecate, California and extends northbound for approximately two miles from the International Border between the United States and Mexico. This area is notorious for undocumented aliens attempting to further their illegal entry into the United States.

Upon arriving in the area, I observed a group of suspected undocumented aliens walking northbound in the canyon. I approached their location and observed four individuals attempting to conceal themselves in some high brush at the bottom of the canyon. I approached the subjects, including one later identified as CAYETANO-Camacho, Guadencio, and identified myself as a United States Border Patrol Agent in both the Spanish and English languages. I questioned the individuals, including CAYETANO-Camacho, to determine their citizenship and immigration status. When asked where they were born and of what country they were nationals, CAYETANO-Camacho and the other three individuals stated "Mexico." When asked if they possessed any valid United States immigration documents allowing them to enter into or remain within the United States legally, CAYETANO-Camacho and the others stated "no." I subsequently placed them under arrest.

Erick Cortez, BPA

| Signature | Title |
|---|---|
| VETT ORTIZ | BORDER PATROL AGENT |