**HANNI M. FAKHOURY**
California Bar No. 252629
**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Hanni_Fakhoury@fd.org

Attorneys for Mr. Cayetano-Camacho

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**GUADENCIO CAYETANO-CAMACHO**<br><br>Defendant. | CASE NO.: 07CR3267-JLS<br>DATE: April 24, 2008<br>TIME: 10:00 a.m.<br><br><u>NOTICE OF MOTIONS AND MOTIONS IN LIMINE TO:</u><br>1) PRECLUDE THE USE OF DEPORTATION DOCUMENTS AT TRIAL TO PROVE ALIENAGE;<br>2) PRECLUDE THE CERTIFICATE OF NONEXISTENCE OF RECORD;<br>3) PRECLUDE ANY EVIDENCE UNDER FEDERAL RULES OF EVIDENCE 404(B) AND 609;<br>4) PRECLUDE EXPERT TESTIMONY;<br>5) PRECLUDE ADMISSION OF DOCUMENTS NOT PRODUCED IN DISCOVERY;<br>6) EXCLUDE THE DEPORTATION HEARING AUDIOTAPE OR TRANSCRIPT;<br>7) PRECLUDE THE A-FILE CUSTODIAN FROM TESTIFYING ABOUT IMMIGRATION PROCEEDINGS;<br>8) EXCLUDE THE A-FILE CUSTODIAN;<br>9) PROHIBIT THE WITNESSES FROM REFERRING TO MR. CAYETANO-CAMACHO AS "THE ALIEN";<br>10) PRECLUDE SENDING THE INDICTMENT INTO THE JURY ROOM DURING DELIBERATIONS;<br>11) PRODUCE GRAND JURY TRANSCRIPTS;<br>12) ALLOW ATTORNEY-CONDUCTED VOIR-DIRE; AND<br>13) LEAVE TO FILE ADDITIONAL MOTIONS |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND STEVEN D. DE SALVO, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on April 24, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant, Guadencio Cayetano-Camacho, by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions in limine.

## MOTIONS

Defendant, Guadencio Cayetano-Camacho, by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and all other applicable statutes, case law, and local rules for an order to:

1. Preclude the Use of Deportation Documents at Trial to Prove Alienage;
2. Preclude the Certificate of Nonexistence of Record;
3. Preclude Any Evidence under Federal Rules of Evidence 404(b) and 609;
4. Preclude Expert Testimony;
5. Preclude Admission of Documents Not Produced in Discovery;
6. Exclude the Deportation Hearing Audiotape or Transcript;
7. Preclude the A-file Custodian from Testifying about Immigration Proceedings;
8. Exclude the A-file Custodian;
9. Prohibit the Witnesses from Referring to Mr. Cayetano-Camacho as "The Alien";
10. Preclude Sending the Indictment into the Jury Room During Deliberations;
11. Produce Grand Jury Transcripts;
12. Allow Attorney-conducted Voir-dire; and
13. Leave to File Additional Motions

//

//

//

//

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 9, 2008

*s/ Hanni M. Fakhoury*
**HANNI M. FAKHOURY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cayetano-Camacho

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Steven D. De Salvo**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Steven.Desalvo@usdoj.gov

Dated: April 9, 2008

/s/ Hanni M. Fakhoury
HANNI M. FAKHOURY
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Hanni_Fakhoury@fd.org