**APPENDIX OF EXHIBITS**

United States v. Guadencio Cayetano-Camacho

07CR3267-JLS

Exhibit A: June 14, 2007 Notice to Appear . . . . . . . . . . 1

Exhibit B: July 12, 2007 Warrant of Removal . . . . . . . . . . 4

Exhibit C: July 12, 2007 Warning to Alien Ordered Removed . . . . . . . . . . 7