KAREN P. HEWITT
United States Attorney
STEVEN DE SALVO
Assistant U.S. Attorney
California State Bar No. 199904
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7032/(619) 235-2757 (Fax)
Email: steven.desalvo@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUADENCIO CAYETANO-CAMACHO,<br>Defendants. | Criminal Case No. 07CR3267-JLS<br><br>APPLICATION FOR ORDER SHORTENING TIME |

COMES NOW the plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steven De Salvo, Assistant United States Attorney, and hereby moves this Court for an order shortening time to permit the Government to file its Response and Opposition to Defendant's Supplemental Motion to Dismiss the Indictment. The grounds for this application are set forth in the attached declaration of counsel.

DATED: May 10, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Steven De Salvo

STEVEN DE SALVO
Assistant United States Attorney
Attorneys for Plaintiff

## DECLARATION OF STEVEN DE SALVO

I, Steven De Salvo, hereby declare as follows:

1. I am an Assistant United States Attorney for the Southern District of California.

2. I am assigned to the above-captioned case, which is set for a Motion Hearing on May 15, 2008, at 1:30 p.m.

3. The defense filed its Motion to Dismiss the Indictment and Suppress Statements on April 24, 2008. Under the local rules, the response of the United States should have been filed, at the latest, on May 1, 2008, which is 14 days prior to the Motion Hearing.

5. Due to the complexity of issues presented by Defendant's motion, one week was insufficient time for the United States to prepare its response. Accordingly, the Unites States respectfully requests that the Court allow the Government's response to be filed late, on May 10, 2008.

Dated: May 10, 2008 /s/ Steven De Salvo

STEVEN DE SALVO
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUADENCIO CAYETANO-CAMACHO,<br>Defendant. | Criminal Case No. 07CR3267-JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S RESPONSE AND OPPOSITION TO DEFENDANT'S SUPPLEMENTAL MOTION TO DISMISS THE INDICTMENT on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System.

**Hanni Fakhoury**
**225 Broadway, Suite 900**
**San Diego, CA 92101**
**HANNI_FAKHOURY@FD.ORG**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2008.

s/ Steven De Salvo
STEVEN DE SALVO