**HANNI M. FAKHOURY**
California Bar No. 252629
**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Hanni_Fakhoury@fd.org
Candis_Mitchell@fd.org
Attorneys for Mr. Cayetano-Camacho

FILED
08 MAY 14 PM 1:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

**EX PARTE**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**GUADENCIO CAYETANO-CAMACHO,**<br>Defendant. | CASE NO.: 07CR3267-JLS<br><br>**EX PARTE** APPLICATION FOR AN ORDER AUTHORIZING THE DEFENSE TO BRING COMPUTER EQUIPMENT TO COURTROOM |

Defense counsel anticipates using electronic equipment during trial on May 19-20, 2008, due to the nature of some of the discovery. Therefore, counsel requests the instant Application for an Order to allow defense counsel to bring in the necessary electronic equipment.

Respectfully submitted,

[signature]

Dated: May 9, 2008

**HANNI M. FAKHOURY**
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cayetano-Camacho