**HANNI M. FAKHOURY**
California Bar No. 252629
**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Hanni_Fakhoury@fd.org

Attorneys for Mr. Cayetano-Camacho

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CASE NO.: 07CR3267-JLS |
| v. | ) | DATE: May 19, 2008<br>TIME: 9:00 a.m. |
| **GUADENCIO CAYETANO-CAMACHO,** Defendant. | ) | **DEFENDANT'S PROPOSED JURY VOIR DIRE** |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND STEVEN D. DE SALVO, ASSISTANT UNITED STATES ATTORNEY:**

GUADENCIO CAYETANO-CAMACHO, by and through his counsel, Hanni M. Fakhoury, Candis L. Mitchell and Federal Defenders of San Diego, Inc., requests the Court voir dire the jury as set forth herein.

Respectfully submitted,

Dated: May 14, 2008

*s/ Hanni M. Fakhoury*
**HANNI M. FAKHOURY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cayetano-Camacho

1. Does anyone have personal experience with law enforcement officers? Do you believe that law enforcement officers are more likely to tell the truth?

2. How important do you consider proper record keeping? Due to your experience in record-keeping you do rely more on computerized indexing and databases or paper files? Would anyone here think it is impossible that the INS might make a mistake and remove someone who should have the right to be here?

3. Does anyone have any special training, education, or knowledge about the immigration system and how it works in the United States? What? How? Has anyone ever assisted someone going through an immigration proceeding?

4. Has anyone had any experience with a federal agency such as the INS, the DEA or the border patrol, etc.? Has anyone or their family or friends had any experiences with INS? Were those experience positive? Will these experiences affect your ability to be fair and impartial?

5. You can see that Mr. Cayetano-Camacho is being assisted by an interpreter. How do you feel about people who do not speak English?

6. Does anyone have such strong feelings against illegal immigration that they might not be able to weigh the evidence in this case to determine whether the government has proven its accusations?

7. The burden of proof is on the Government in this case. That means that Mr. Cayetano-Camacho has no duty to prove anything in this case. Is there anybody who is uncomfortable with that idea or thinks that it is not fair to the Government? Does anyone think that Mr. Cayetano-Camacho should have to prove anything? Do you accept that when a person is accused of a crime, they are not required to explain their side of the case since the burden of proof rests with the prosecution? What does the presumption of innocence mean to you?

8. Now there may be reasons why a person might not testify, if Mr. Cayetano-Camacho does not testify – as is his constitutional right – would you hold this against him? Would you find it difficult to vote not guilty if he did not testify?

9. Mr. Cayetano-Camacho is charged with a felony offense, punishable by time in prison. You are not here to decide if Mr. Cayetano-Camacho stays in the country. You're here to decide if he committed a crime. How do you feel about someone being charged with a felony for an immigration violation?

10. Are you or any of your family members of or supporters of organizations such as the Minute Men?