FILED
2008 JUL 15 AM 10:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUADENCIO CAYETANO-CAMACHO,<br>Defendant. | CASE NO. 07CR03267-001-JLS<br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for August 15, 2008 is vacated and reset to September 26, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 7/14/08

[signature]
Janis L. Sammartino
U.S. District Judge

cc: all counsel of record

/mwr