**HANNI M. FAKHOURY**
California State Bar No. 252629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-Mail: hanni_fakhoury@fd.org

Attorneys for Mr. Cayetano-Camacho

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3267-JLS |
| Plaintiff, | ) | DATE: September 26, 2008<br>TIME: 9:00 a.m. |
| v. | ) | |
| GUADENCIO CAYETANO-CAMACHO, | ) | JOINT MOTION TO CONTINUE HEARING |
| Defendant. | ) | |

Guadencio Cayetano-Camacho, by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., jointly moves with Assistant United States Attorney Steven D. DeSalvo, to continue the sentencing hearing from September 26, 2008, at 9:00 a.m. until October 17, 2008 at 9:00 a.m.

Dated: July 17, 2008

/s/ Hanni Fakhoury
**HANNI M. FAKHOURY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Cayetano-Camacho

Dated: July 17, 2008

/s/ Steven DeSalvo
**STEVEN D. DESALVO**
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**STEVEN D. DESALVO**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619) 557-5610
Fax: (619)235-2757
Steven.Desalvo@usdoj.gov

Dated: July 17, 2008

/s/ Hanni M. Fakhoury

HANNI M. FAKHOURY
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Hanni.Fakhoury@fd.org