UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3267-JLS |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE HEARING |
| GUADENCIO CAYETANO-CAMACHO, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Cayetano-Camacho, who is in custody, be continued from September 26, 2008, at 9:00 a.m. until October 17, 2008 at 9:00 a.m. as stipulated and agreed upon by all parties.

**IT IS SO ORDERED**.

DATED: July 18, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge